```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
                     HOUSTON DIVISION
```

ALLAM ETBELEH and CORA ETBELEH, §
§
    Plaintiffs, §
§
v. §   CIVIL ACTION NO. H-06-0023
§
MICHAEL CHERTOFF, ALBERTO §
GONZALES, and DISTRICT §
DIRECTOR, U.S. CITIZENSHIP §
AND IMMIGRATION SERVICES, §
§
    Defendants. §

## **FINAL JUDGMENT**

    For the reasons set forth in the separate Memorandum and Order signed this day, it is

    ORDERED that Defendants Michael Chertoff, Alberto Gonzales, and the District Director of the U.S. Citizenship and Immigration Services' Motion to Dismiss Petitioners' Complaint for Declaratory Judgment (Document No. 10) is GRANTED, and Plaintiffs Allam and Cora Etbeleh's claims are DISMISSED for lack of jurisdiction.

    This is a **FINAL JUDGMENT.**

    The Clerk will enter this Order, providing a correct copy to all counsel of record.

    SIGNED at Houston, Texas, on this 8th day of August, 2006.

                                              _____
                                                  EWING WERLEIN, JR.
                                              UNITED STATES DISTRICT JUDGE